```
                          United States Bankruptcy Court
                          Middle District of North Carolina

In re:                                                          Case No. 17-10678-bak
Simplicity Sofas, Inc.                                          Chapter 7
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0418-2           User: admin                Page 1 of 2                   Date Rcvd: Jun 14, 2017
                               Form ID: 309C              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db            +Simplicity Sofas, Inc.,    710 Westchester Drive, Apt. J,    High Point, NC 27262-6020
785718632     +American West,    P.O. Box 641001,    Dallas, TX 75264-1001
785718633     +Amiel J. Rossabi, Esq.,    3623 N. Elm Street, Suite 210,    Greensboro, NC 27455-2745
785718634     +Arnold's Pest Control,    P.O. Box 902,    Trinity, NC 27370-0902
785718635     +Carolina Publications, Inc.,    2216 W. Meadowview Road, Suite 104,    Greensboro, NC 27407-3401
785718636     +City of High Point,    P.O. Box 10039,    High Point, NC 27261-3039
785718638     +Consumer Affairs,    P.O. Box 670661,    Dallas, TX 75267-0661
785718637     +Consumer Affairs,    297 Kingsbury Grade, Suite 1025,    Mailbox 4470,    Stateline, NV 89449-9804
785718640     +Culp Fabrics,    P.O. Box 751007,    Charlotte, NC 28275-1007
785718641     +Dimarmel, Inc.,    414 Grayson Street,    High Point, NC 27260-7302
785718642     +Employment Security Commission,    P.O. Box 26504,    Raleigh, NC 27611-6504
785718643     +FC Marketplace,    P.O. Box 1719,    Portland, OR 97207-1719
785718644     +Funding Circle,    747 Front Street,    4th Floor,    San Francisco, CA 94111-1922
785718645     +Glenn Laughlin,    3331 Earnhardt Road,    Sophia, NC 27350-8555
785718646     +Guilford County Tax Dept.,    P.O. Box 3328,    Greensboro, NC 27402-3328
785718647     +Gum Tree Fabrics, Inc.,    4002 S eason Boulevard,    Tupelo, MS 38804-5987
785718648     +High Point Chamber of Commerce,    P.O. Box 5025,    High Point, NC 27262-5025
785718649     +High Point Fabrics,    1011 Baker Road,    High Point, NC 27263-2129
785718651     +Jeffrey A. Frank,    710 Westchester Drive, Apt. J,    High Point, NC 27262-6020
785718653     +Kabbage,    P.O. Box 77073,    Atlanta, GA 30357-1073
785718654     +Leggett & Platt,    1430 Sherman Court,    High Point, NC 27260-8200
785718655     +Manna Freight Systems,    P.O. Box 9202,    Minneapolis, MN 55480-9202
785718656     +Morgan Fabrics,    P.O. Box 58523,    Los Angeles, CA 90058-0523
785718658     +Optima Leathers,    552 Cherry Lane,    Floral Park, NY 11001-1613
785718659     +Piedmont Natural Gas,    P.O. Box 660920,    Dallas, TX 75266-0920
785718661     +Preferred Funiture Components, Inc.,    P.O. Box 7168,    High Point, NC 27264-7168
785718662     +Protection Systems, Inc.,    P.O. Box 5427,    High Point, NC 27262-5427
785718663     +Raleigh Lancaster,    4500 E West Highway, 6th Floor,    Bethesda, MD 20814-3327
785718664     +Republic Services,    2875 Lowery St.,    Winston Salem, NC 27101-6127
785718667     +Spectrum Business,    P.O. Box 77169,    Charlotte, NC 28271-7004
785718668     +UPS Freight,    P.O. Box 650690,    Dallas, TX 75265-0690
785718669     +UPS-Freight,    Attn: Sandra Mraz,    A/R Collections,    700 Keystone Industrial Park,
                Scranton, PA 18512-1529
785718670     +Verizon Wireless,    P.O. Box 4001,    Acworth, GA 30101-9002
785718671     +Wearbest,    325 Midland Ave,    Garfield, NJ 07026-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: skb@iveymcclellan.com Jun 14 2017 18:22:34      Samantha K. Brumbaugh,
                Ivey, McClellan, Gatton & Siegmund, LLP,    100 S. Elm Street,    Suite 500,    PO Box 3324,
                Greensboro, NC  27402
tr            +EDI: QGSSCHAFER.COM Jun 14 2017 18:18:00      Gerald S. Schafer,    220 Commerce Place,
                Greensboro, NC 27401-2427
ust           +E-mail/Text: babncnotify@ncmba.uscourts.gov Jun 14 2017 18:22:49      William P. Miller,
                Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024
785718639      E-mail/Text: bankruptcy@firstpointcollectionresources.com Jun 14 2017 18:23:04
                Credit Bureau,    P.O. Box 26140,    Greensboro, NC 27402-6140
785718650     +EDI: IRS.COM Jun 14 2017 18:18:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
785718657     +EDI: NCDEPREV.COM Jun 14 2017 18:18:00      NC Department of Revenue,    P.O. Box 1168,
                Raleigh, NC 27640-0001
785718660     +E-mail/Text: bankruptcy@pb.com Jun 14 2017 18:23:05      Pitney Bowes,    P.O. Box 856042,
                Louisville, KY 40285-6042
785718665     +E-mail/Text: collections@rapidadvance.com Jun 14 2017 18:23:06      RFS Business Funding, LLC,
                4500 East West Highway, 6th Floor,    Bethesda, MD 20814-3327
785718666     +E-mail/Text: sblackport@smithleonardcpas.com Jun 14 2017 18:23:00      Smith Leonard PLLC,
                4035 Premeir Drive, Ste. 300,    High Point, NC 27265-8312
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
785718652       Jeffrey A. Frank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0418-2          User: admin              Page 2 of 2               Date Rcvd: Jun 14, 2017
                              Form ID: 309C            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Gerald S. Schafer    geraldatty@bellsouth.net,  gschafer@ecf.epiqsystems.com
              Samantha K. Brumbaugh    on behalf of Debtor   Simplicity Sofas, Inc. skb@iveymcclellan.com,
               trg@iveymcclellan.com;toc@iveymcclellan.com
              William P. Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                            TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Simplicity Sofas, Inc.**<br>Name | EIN | **20–8342607** |
| United States Bankruptcy Court | **Middle District of North Carolina** | Date case filed for chapter | **7   6/13/17** |
| Case number: | **17–10678** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Simplicity Sofas, Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 710 Westchester Drive, Apt. J<br>High Point, NC 27262 | |
| 4. **Debtor's attorney**<br>Name and address | Samantha K. Brumbaugh<br>Ivey, McClellan, Gatton & Siegmund, LLP<br>100 S. Elm Street<br>Suite 500<br>PO Box 3324<br>Greensboro, NC 27402 | Contact phone 336–274–4658 |
| 5. **Bankruptcy trustee**<br>Name and address | Gerald S. Schafer<br>220 Commerce Place<br>Greensboro, NC 27401 | Contact phone (336) 273–9309 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 101 S. Edgeworth Street<br>Greensboro, NC 27401 | Hours: Monday–Friday 8:00 AM–5:00 PM<br><br>Contact phone (336) 358–4000<br><br>Date: 6/14/17 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 10, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Creditors Meeting Room, First Floor, 101 South Edgeworth Street, Greensboro, NC 27401** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**NOTICE: STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. CELL PHONES OR WEAPONS ARE NOT ALLOWED. Public parking is not available at Court site. Please visit www.ncmb.uscourts.gov under Court Info, for parking information.**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1